McKEAGUE, Circuit Judge,
concurring in part and dissenting in part.
I am in agreement with practically all of the majority opinion. I write separately to state my disagreement with that portion of Section II.A. that discusses the parsimony provision of 18 U.S.C. § 3553(a) and “what Lyles has not argued.” This portion of the opinion is dicta; indeed, as noted in the following paragraph, the issue is not before the court. The court devises an argument and invites litigation on an issue that we should not consider. Rather than suggesting that a litigant employ the parsimony provision to raise a challenge to U.S.S.G. § 2B1.1,1 would leave the discussion for a future date when the issue is properly raised on appeal. For this reason, I dissent from that portion of the opinion.